IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LANCE D. JOHNSON, #1368682 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv231 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motion to proceed *in forma pauperis* (dkt.#6). No objections were filed. On June 15, 2007, Petitioner paid the filing fee.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS** that Petitioner's motion to proceed *in forma pauperis* (dkt.#2) is **DENIED**.

**So ORDERED and SIGNED this 26th day of November, 2007.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**